# United States Court of Appeals
## For the First Circuit

---

No. 15-1177

HENRY BERNARDO, on behalf of M&K Engineering, Inc.;
SAMUEL MARINHO FREITAS; RUTH LOPES FREITAS; DANIEL LOPES
FREITAS; GRACIANE LOPES FREITAS; GRAZIELA LOPES FREITAS,

Plaintiffs, Appellants,

v.

JEH C. JOHNSON, Secretary,
United States Department of Homeland Security;
LORETTA LYNCH, Attorney General; ALEJANDRO MAYORKAS, Director,
United States Citizenship and Immigration Service; GREGORY A.
RICHARDSON, Director, Texas Service Center; RON ROSENBERG,
Acting Chief, Administrative Appeals Office, United States
Citizenship and Immigration Service,

Defendants, Appellees.

---

**ERRATA SHEET**

The opinion of this Court issued on January 29, 2016, is amended as follows:

On page 18, lines 8-9, ""agency's understanding of 'good and sufficient cause.'"" is replaced with "agency's understanding of "good and sufficient cause.""

On page 27, line 4 of the footnote on that page, "encompass" is replaced with "engulf".